MMM Form 8 (Effective 2/17)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KEVIN JOSEPH MCCABE AND PENNY LEE MCCABE,<br><br><br>Debtor(s). | Chapter 13 Proceedings<br><br>Case No. 2:18-bk-00051 MCW<br><br>**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties (choose and complete all that apply):

- ☒ The Debtor [and Debtor's attorney], Kevin Joseph McCabe & Penny Lee McCabe, Kenneth Neeley
- ☐ The co-obligor/co-borrower/or other third party, _____
- ☒ The Lender's representative, Teesha Stinson
  and Lender's attorney, McCarthy & Holthus
- ☐ Other: _____

1

B. The MMM proceedings resulted in the following:

- ☐ The parties settled prior to attending.
- ☐ The case was dismissed.
- ☐ The Debtor or ☐ Debtor's attorney failed to attend.
- ☐ The Lender's representative or ☐ Lender's attorney failed to attend.
- ☐ The parties reached an agreement:
  - ☐ The parties agreed to a Final Loan Modification agreement.
  - ☐ Other: _____.
- ☒ The parties did not reach an agreement. Debtors to file amended plan to surrender.

Respectfully submitted this 17th day of August, 20 18.

_(signature)_
Signature of Mediator

Patricia Doyle-Kossick
Print Name

Address: 4500 S. Lakeshore Drive, #320
Tempe, AZ 85282

Telephone: 480-222-0291
Email: pdk@pdklawfirm.com

Case 2:18-bk-00051-MCW    Doc 55    Filed 08/17/18    Entered 08/17/18 16:49:10    Desc
Main Document    Page 2 of 2